**EXHIBIT INDEX – Judicial Notice and Motion for Sanctions**
Case No. 2025CV151 | Division 15
Plaintiff: Amanda Corrales
Defendants: JPMorgan Chase Bank, N.A. and Liberty Mutual Insurance Company

DATE FILED
July 14, 2025
CASE NUMBER: 2025CV151

| Exhibit No. | Description |
|---|---|
| 1 | Envelope from Molly Law Office – Postmarked July 9, 2025 (Liberty's response to motion to strike) |
| 2 | Certified Chase Foreclosure Notice – Dated July 8, 2025 |
| 3 | USPS Tracking for Chase Certified Letter (9214 8901 0754 4628 192484) |
| 4 | Screenshot of Informed Delivery for Chase Mailing |
| 5 | Liberty Mutual June 23 Certificate of Service (Already on record) |
| 6 | Continued Billing by Liberty During Litigation 7.12.25 |
| 7 | Missed Call Screenshot – Chase Attempting Collection Without Counsel Contact |
| 8 | Screenshot: Chase's Continued Billing Weeks After Legal Representation Acknowledged |
| 9 | Envelope Scan Confirming Liberty Filing Dated June 23 Was Not Mailed Until July 9, 2025 |